

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Nedra Scott, Appellant

No. 06-14-00014-CV        v.

Dillard Department Stores, Inc., a foreign
Corporation, a/k/a Dillard's, a/k/a The
Higbee Company, a/k/a Dillard's Inc.,
Appellee

Appeal from the County Court at Law of
Bowie County, Texas (Tr. Ct. No.
12C0621-CCL).    Memorandum Opinion
delivered by Justice Carter, Chief Justice
Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court

below.  We affirm the judgment of the trial court.

We further order that the appellant, Nedra Scott, pay all costs of this appeal.

RENDERED NOVEMBER 7, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk